# Exhibit B

# IFS MANAGED CLOUD SERVICES ORDER FORM/SUBSCRIPTION
# IFS NORTH AMERICA, INC.



**THIS ORDER FORM**, dated February 6, 2019, when signed below, becomes a part of that certain Master Agreement/Subscription dated February 6, 2019, by and between IFS NORTH AMERICA, INC. ("IFS") and EMCOR FACILITIES SERVICES, INC. ("LICENSEE") ("Master Agreement").

1. **SOFTWARE UNDER SUBSCRIPTION**

   **1.1 IFS Enterprise Service Management**

| Part # | IFS/Field Service Management Application Software ™ | User Level Year One | User Level Year Two | User Level Years Three, Four and Five | User Type |
|---|---|---|---|---|---|
| X01 | IFS/Field Service Management Core | 1 | 1 | 1 | Server |
| 17 | IFS/Field Service Management Integration Framework | 1 | 1 | 1 | Fixed |
| 28 | IFS/Field Service Management - Lobby Configuration | 1 | 1 | 1 | Server |
| X02 | IFS/Field Service Management - Technician Portal | 1 | 1 | 1 | Server |
| X05 | IFS/Field Service Management - Customer Portal | 1 | 1 | 1 | Server |
| X06 | IFS/Field Service Management - Mobile Server | 1 | 1 | 1 | Server |
| 2 | IFS Field Service Management - Service Management Named User | 270 | 540 | 900 | Named |
| 18 | IFS Field Service Management - Studio Named User | 6 | 12 | 20 | Named |
| 14 | IFS Field Service Management - Technician Portal User | 3,000 | 6,000 | 10,000 | Named |
| 11 | IFS Field Service Management - Customer Portal User | 45 | 90 | 150 | Concurrent |
| 15 | IFS Field Service Management - Mobile (Android, iOS, Windows 10) | 300 | 600 | 1,000 | Named |

1.1.a Licensee understands that, in order to be able to use Bing Maps with IFS FSM, it must also purchase a separate Microsoft Bing Map license from IFS or Microsoft.

   **1.2 IFS Planning & Scheduling Optimization Management**

| Part # | IFS/Planning & Scheduling Optimization (PSO) ™ | User Level Year One | User Level Year Two | User Level Years Three, Four and Five | User Type |
|---|---|---|---|---|---|
| 2 | IFS/Dynamic Scheduling Engine ™ | 210 | 420 | 700 | Resource |
| 2a | IFS/Dynamic Scheduling Engine – Back Office ™ | 6 | 12 | 20 | Resource |
| 1 | IFS/What-If Scenario Explorer ™ | 2 | 3 | 5 | Resource |

   **1.3 Third Party Annual Subscription**

| Part # | Third Party Product | User Level Year One | User Level Year Two | User Level Years Three, Four and Five | User Type |
|---|---|---|---|---|---|
| TP1 | IFS PSO Hierarchical Travel Matrix Annual Subscription | 210 | 420 | 700 | Resource |
| TP2 | Bing Maps Annual Subscription | 6 | 12 | 20 | Named |

   1.3.a See Exhibit A for specific terms.

2. **IFS Managed Cloud Configuration.** The following table indicates the Managed Cloud infrastructure and service levels included in the Subscription pricing:

| Hosting Environment | Description | Qty | Service Level |
|---|---|---|---|
| | Production Instance *(1 FSM instance and 1 PSO Instance)* | 2 | Premium |

DocuSign Envelope ID: B341B0DF-2488-450D-AA9C-1226FE37B7E3

## IFS MANAGED CLOUD SERVICES ORDER FORM/SUBSCRIPTION
## IFS NORTH AMERICA, INC.



| | | | |
|---|---|---|---|
| | Non-Production Instance (*1 FSM TEST instance, 1 FSM DEV instance and 1 PSO TEST Instance*) | 3 | Standard |
| | Storage (TB) | 1 | Premium |
| | Bandwidth (TB) | 1 | Premium |
| | VPN (device requires Dynamic Routing Capability) | 1 | Premium |

3.  Service Level Penalties.  Unless otherwise stated, the Service Hours for all Hosting Environments included in section 1.1 are 7x24x365. Any and all planned downtime shall not exceed 16 hours per month (unless agreed to by the parties in writing) In the event that Availability (refer to section 3.1 in the Schedule – Managed Cloud Services Terms) is below the Service Level Target for any hosting environment service at the Premium service level, during any calendar month, the Customer may be entitled to a credit as shown below:

| SERVICE LEVEL TARGET: 99.95% | |
|---|---|
| **UNPLANNED OUTAGE** | **CREDIT** |
| Between 0.5% and 1% | 10% of the monthly Recurring Fee |
| Between 1% and 5.0% | 20% of the monthly Recurring Fee |
| Greater than 5% | 33% of the monthly Recurring Fee |

4.  Subscription Price          *Term Length*   5 years*

| | |
|---|---|
| Annual Price (Year One) | $544,249 |
| Annual Price (Year Two) | $1,088,499 |
| Annual Price (Year Three) | $1,814,165 |
| Annual Price (Year Four) | $1,814,165 |
| Annual Price (Year Five) | $1,814,165 |

(*) The date on which the Subscription begins is February 6, 2019 (the "Commencement Date").

5.      DESIGNATED CONTACT OF LICENSEE for communications related to service is:
          Name:    Joseph Hartmetz
          Address:  1700 Markley Street
                    Norristown, PA 19401

6.  PAYMENT TERMS FOR THE SUBSCRIPTION.  The first year's Subscription Price is net due on order. Subsequent payments are due on the first day of each year of a Term.  A late payment fee will accrue at the rate of 1.5% per month from the due date. IFS may suspend the Subscription and related services if payment is not received within 10 days written notice of nonpayment.

7.   RENEWAL, ADDITIONAL USERS, & CONCLUSION. The Subscription renews automatically at the conclusion of the initial Term for a 5 year term, except (i) if terminated by Licensee by providing at least 60 days' notice to IFS or (ii) if Licensee reduces its number of Users so that the Annual Price is below $1,500,000, IFS may terminate by providing at least 60 days' notice to Licensee. Thereafter, the Subscription renews automatically at the end of each Term for a 1 year term, unless terminated by either Party with 120 days' notice.

IFS has the right to adjust Prices for subsequent Terms. The number of Users at the conclusion of the current Term will establish the number of Users billed for the subsequent Term, unless Licensee provides IFS a different number no later than 75 days prior to the end of the Term. The annual increase for subsequent Terms will not be greater than the increase in the U.S. Producer Price Index (pcu511210511210504 / Software maintenance, technical support, and other services related to software publishing, released by the Bureau of Labor Statistics)

**IFS MANAGED CLOUD SERVICES ORDER FORM/SUBSCRIPTION**

**IFS NORTH AMERICA, INC.**



during the Term immediately prior (based on the number of Users at the end of the prior Term). IFS will provide Licensee with 60 days' notice prior to the end of a Term of any change in Price for a subsequent Term. Changes made to add Users during the Term will be pro-rated and billed separately against the current Term. No refunds or credits are provided for deletion of Users. Nonpayment by the Licensee within 10 days after written notice of nonpayment for any portion of the Term will constitute cancellation or non-renewal of the Subscription.

In the event of any termination or non-renewal of the Subscription, IFS shall reasonably cooperate with Licensee (on a time and materials basis at IFS's then-current standard rates) to assist with Licensee's transition of information, data and operations, so as to minimize any adverse impact on Licensee's business. Transition services may also include an extension of the Subscription (at IFS's then-current standard price) for a reasonable period of time to complete such transition, not to exceed 12 months.

Additional users and resources can be added at any time by Licensee and the Subscription Price and associated payment terms for those additional users and resources would change (on a pro-rata basis) upon receipt of a signed Order Form reflecting the changes. The table below shows the cost of additional users and resources.

| Category | Cost Per Additional User and/or Resource Per Month |
|---|---|
| **IFS FSM - SERVICE MANAGEMENT NAMED USER** | $96 |
| **IFS FSM - STUDIO NAMED USER** | $96 |
| **IFS FSM - TECHNICIAN PORTAL NAMED USER** | $6 |
| **IFS FSM - CUSTOMER PORTAL CONCURRENT USER** | $30 |
| **IFS FSM - MOBILE (ANDROID, IOS, WINDOWS 10) NAMED USER** | $72 |
| **IFS/DYNAMIC SCHEDULING ENGINE ™ RESOURCE (INCLUDES IFS/PSO HIERARCHICAL TRAVEL MATRIX RESOURCE)** | $27 |
| **IFS/DYNAMIC SCHEDULING ENGINE – BACK OFFICE ™ RESOURCE** | $3 |
| **IFS/WHAT-IF SCENARIO EXPLORER ™ RESOURCE** | $2,160 |
| **BING MAPS NAMED USER** | $5 |

8. SUBCONTRACTING. IFS may subcontract all or a portion of the Managed Cloud Services to one or more subcontractors. However, IFS shall remain responsible for each subcontractor's performance of the Managed Cloud Services under this Order Form and the Master Agreement. For the avoidance of any doubt, such subcontractors must meet the requirements in Appendix A of the Master Agreement.

9. TERMS & CONDITIONS. The Software under Subscription is provided to Licensee through IFS Managed Cloud Services. The use of IFS Managed Cloud Services by Licensee is subject to (i) the Managed Cloud Services Terms, (ii) the IFS Managed Cloud Service Description, and (iii) the Support Services Schedule, each of which are attached to this Order Form.

10. Definitions

10.1 "Service Management User" means a User with unrestricted access the FSM Core and optional solutions as set forth in this Software Order Form.

10.2 "Studio User" means a User that has additional System Administration configuration capabilities of the FSM Core and optional solutions as set forth in this Software Order Form.

10.3 "Message User" means a User that is used for integrations using the optional FSM Integration Framework as set forth on this Software Order Form.

10.4 "Technician Portal User" means a User with access restricted to the Technician Portal as set forth on this Software Order Form.

10.5 "Repair Portal User" means a User with access restricted to the Repair Portal as set forth on this Software Order Form.

10.6 "Warehouse Portal User" means a User with access restricted to the Warehouse Portal as set forth on this Software Order Form.

**IFS MANAGED CLOUD SERVICES ORDER FORM/SUBSCRIPTION**
**IFS NORTH AMERICA, INC.**



10.7 "Customer Portal User" means a User with access restricted to the Customer Portal as set forth on this Software Order Form.

10.8 "Mobile User" means a User device with access restricted to the Mobile FSM Client as set forth on this Software Order Form.

10.9 "Resource" means a unique person, piece of equipment, or object that performs activities and has its schedule calculated by IFSAS.

| LICENSEE | | IFS | |
|---|---|---|---|
| Signed By: | *Anthony Sada* <br> 824E0648A2D4413... | Signed By: | *Cindy Jaudon* <br> 6131C7784EF848D... |
| Name: | Anthony Sada | Name: | Cindy J. Jaudon |
| Title: | CFO of EMCOR Building Services | Title: | President |

DocuSign Envelope ID: B341B0DF-288D-450D-AA0C-1226EE37B7E3

**IFS MANAGED CLOUD SERVICES ORDER FORM/SUBSCRIPTION
IFS NORTH AMERICA, INC.**



### Exhibit A - Software-specific Terms

**IFS PSO Hierarchical Travel Matrix**

In addition to the terms provided under the Master Agreement, Licensee agrees to observe the following terms with respect to the TomTom Products and the related IFS PSO Hierarchical Travel Matrix ("Authorized Application"):

<u>General</u>

1. The use of the TomTom Products is restricted for Licensee's own internal business use and not for resale, distribution, sublicense or commercial use.

2. Licensee acknowledges that the TomTom Products are the confidential information of TomTom. Any unauthorized disclosure of the TomTom Products to third parties shall be prohibited.

3. The unauthorized copying of the TomTom Products as well as the removal or obscuring of any copyright, trademark notice, or restrictive legend, shall be prohibited.

   TomTom shall have the right to audit Licensee for the purposes of these EULA terms.

4. The covenants and obligations undertaken by Licensee herein are intended for the direct benefit of TomTom and may be enforced by TomTom directly against Licensee.

5. EXCEPT FOR BREACH OF CONFIDENTIALITY , NEITHER TOMTOM NOR ITS SUPPLIERS SHALL BE LIABLE TO THE UNDERSIGNED FOR ANY INCIDENTAL, CONSEQUENTIAL, SPECIAL, INDIRECT OR EXEMPLARY DAMAGES ARISING OUT OF THIS AGREEMENT, INCLUDING LOST PROFITS OR COSTS OF COVER, LOSS OF USE OR BUSINESS INTERRUPTION OR THE LIKE, REGARDLESS OF WHETHER THE PARTY WAS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

   NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN AND EXCEPT FOR BREACH OF CONFIDENTIALITY, TOMTOM SHALL HAVE NO MONETARY LIABILITY TO THE UNDERSIGNED FOR ANY CAUSE (REGARDLESS OF THE FORM OF ACTION) UNDER OR RELATING TO THIS AGREEMENT.

   THE TOMTOM PRODUCTS ARE PROVIDED ON AN "AS IS" AND "WITH ALL FAULTS BASIS" AND TOMTOM AND ITS SUPPLIERS EXPRESSLY DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF NON-INFRINGEMENT, MERCHANTABILITY, SATISFACTORY QUALITY, ACCURACY, TITLE AND FITNESS FOR A PARTICULAR PURPOSE. NO ORAL OR WRITTEN ADVICE OR INFORMATION PROVIDED BY TOMTOM OR ANY OF ITS AGENTS, EMPLOYEES OR THIRD PARTY PROVIDERS SHALL CREATE A WARRANTY, AND LICENSEE IS NOT ENTITLED TO RELY ON ANY SUCH ADVICE OR INFORMATION. THIS DISCLAIMER OF WARRANTIES IS AN ESSENTIAL CONDITION OF THE AGREEMENT.

6. Licensee shall not use the Authorized Application to create (or assist in the creation of) a digital map database. A "digital map database" means a database of geospatial data containing the following information and attributes: (x) road geometry and street names; or (y) routing attributes that enable turn-by-turn navigation on such road geometry; or (z) latitude and longitude of individual addresses and house number ranges.

7. Licensee shall not use the Authorized Application to provide competitive information about TomTom or its products to third parties.

8. The Authorized Application may not be used for in-flight navigation.

**IFS M**ANAGED **C**LOUD **S**ERVICES **O**RDER **F**ORM/**S**UBSCRIPTION
**IFS N**ORTH **A**MERICA**, I**NC**.**



**Additional Data Provisions**

9. The 6-digit alpha/numeric Canadian Postal Codes contained in any Licensed Product cannot be used for bulk mailing of items through the Canadian postal system. Furthermore, the 6-digit alpha/numeric Canadian Postal Codes must be wholly contained in the Authorized Application and shall not be extractable. Canadian Postal Codes cannot be displayed or used for postal code look-up on the Internet, nor can they be extracted or exported from any application to be utilized in the creation of any other data set or application. Notwithstanding the above, Licensee may optionally correct or derive Canadian Postal Codes using the Authorized Application, but only as part of the address information for locations (e.g.: of delivery points and depots) that have been set up in the Authorized Application, and optionally extract data for fleet management purposes.

10. *With respect to TomTom Traffic*. Licensee specifically agrees that it shall not: (i) store the data for more than twenty-four (24) hours on Licensee's servers; (ii) broadcast or make TomTom Traffic available except to authorized Licensee personnel; and (iii) use the feed or information received via the feed for historical data purposes (including but not limited to collection or analysis).

11. *With respect to the Premium Points of Interest North America Licensed Product:* It is expressly prohibited to use the Premium Points of Interest North America for (a) telephone call routing related applications; (b) screen pop applications, (c) CD-ROM director of other derivative directory product; (d) verification services; (e) caller name services; and (f) online marketing lead verification services.

12. *With respect to the Municipal Boundary layer of the Administrative Areas Licensed Product:* Licensee shall not use the Municipal Boundary layer of the Administrative Areas product to create or derive applications which are used by third parties for the purpose of tariff, tax jurisdiction, or tax rate determination for a particular address or range of addresses.

13. *With respect to the GDF Viewer Licensed Product (the "GDF Viewer"):* TomTom hereby grants to Licensee a non-exclusive, non-transferable license to use the Software TomTom Products for the sole and limited purpose of assisting Licensee in viewing, analyzing and sectioning the TomTom Products. In no event shall Licensee use the Software TomTom Products to view, analyze, section or in any way manipulate spatial map data that is not provided by TomTom. Licensee shall not derive or attempt to derive the source code of all or any portion of the TomTom Products by reverse engineering, disassembly, decompilation, translation or any other means. Licensee shall affix the following copyright notice on any copy of the GDF Viewer, or any portion of the TomTom Products: "Software ©2011 TomTom North America, Inc. All rights reserved."

**IFS MANAGED CLOUD SERVICES ORDER FORM/SUBSCRIPTION**
**IFS NORTH AMERICA, INC.**



### SCHEDULE 1 – MANAGED CLOUD SERVICES TERMS

1      **MANAGED CLOUD SERVICES DEFINITIONS**

"**Availability**" means such times during the Service Hours where an Instance is available pursuant to this Schedule. The Instance is considered available where no Outage exists. The % availability calculation formula, measured over the relevant calendar month, is as follows (where "A" = Availability, "T" = the total Service Hours in the relevant calendar month (calculated in minutes), O = "Outages"): A = (T – O) x 100% / T.

"**Acceptable Use Policy**" or "AUP" means such terms of use applicable to Managed Cloud Services as set forth in Section 4.4 below as they may be reasonably revised by IFS from time to time and agreed to by Customer.

"**Content**" means Customer Data and Customer Supplied Components.  Customer is solely responsible for all Content.

"**Customer**" means Licensee.

"**Customer Supplied Components**" means any hardware, software, or any other products that Customer provides.  Unless agreed to otherwise, Customer is solely responsible for the selection, operation and maintenance of all Customer Supplied Components.

"**Customer Data**" means all data and information about Customer's business(es), clients, operations, facilities, products, markets, assets, finances, employees, agents, business partners or end-customers, including any related personal data, that IFS obtains, creates, generates, collects or processes in connection with its performance of the Managed Cloud Service.

"**Disaster**" means any Outage having duration that is in excess of or is expected by IFS to be in excess of 12 hours or (where a Disaster Recovery Option has been purchased) the specified Recovery Time Objective (RTO) and that the Customer agrees should be treated as a Disaster.

"**Hosting Environment**" means IFS' application hosting environment for the delivery of the Managed Cloud Services.

"**Incident**" means an identified error or event impacting the performance of the Managed Cloud Services.

"**Instance**" means a copy of the applicable Software, and related supporting technology running on the Hosting Environment.

"**Managed Cloud Services**" means the services IFS has agreed to provide pursuant to the applicable Order Form.

"**Managed Services**" means the services provided to support of the Hosting Environment and associated Instances.

"**Outage**" means the elapsed time during which one or more Instances that are specified in the applicable Managed Cloud Services Order Form as being subject to SLA, are Unavailable due to a Severity (Cloud) Level 1 Incident, unless the Outage is caused by an Outage Exception. Outages are measured in minutes during Service Hours, in the relevant calendar month. Provided that if multiple Outages exist at the same time or overlap (or any Outage relates to multiple Instances being Unavailable simultaneously or overlapping) the combined duration thereof will be measured, meaning that the Outages will be measured as the elapsed time from the time that the first Outage occurred (or the first Instance became Unavailable) to the time at which the last overlapping Instance has returned to availability, or the Service Hours for the relevant calendar month end (in which case the part of any continuing Outage(s) that occurs in the following month would be measured in that subsequent calendar month).

"**Outage Exception**" means an Outage that arises as a consequence of the following.  When the Managed Cloud Services are not available on account of an Outage Exception, the associated downtime will be excluded when calculating Availability:

DocuSign Envelope ID: B341B0DF-288D-45DD-AA9C-1226FF37B7E3

**IFS Managed Cloud Services Order Form/Subscription**
**IFS North America, Inc.**



(a)     An act of force majeure;

(b)     The use of unapproved IFS services, hardware, or software not provided by or supported by IFS or incompatible with the Managed Cloud Services;

(c)     Network or device failure external to IFS, including at the Customer's site or between the Customer's site and an IFS data center;

(d)     The Customer's use of the Software and/or Managed Cloud Services was not according to the applicable Documentation (as defined in the Master Agreement) or instructions provided by IFS;

(e)     Any action on the part of the Customer or a third party, including Customer delay in taking remedial action as reasonably requested by IFS in response to an Incident;

(f)     Scheduled Downtime (as defined below).

"**Permitted Users**" means Named Users, concurrent users or other user types being authorized to access and use the Software on behalf of the Customer.

"**Recovery Point Objective (RPO)**" means the maximum targeted period in which Customer Data might be lost as the result of an Incident.

"**Recovery Time Objective (RTO)**" means, in relation to a specific Disaster Recovery option, the time for the service to be restored to full operational availability.

"**Required Consents**" means any consents, licenses, or approvals required to give IFS, or any person or entity acting for IFS, the right or license to access, use and/or modify in electronic form and in other forms, including derivative works, the Customer Supplied Components and Content, without infringing the ownership or intellectual property rights of the providers, IFS, or owners of such Customer Supplied Components and Content.

"**Scheduled Downtime**" means any period of scheduled maintenance used to perform any necessary changes, as described in section 2.2 of this Schedule.

"**Service Hours**" means the hours during which the Managed Cloud Services are provided.

"**Service Level Penalty**" means a credit the Customer may be due when Availability falls below the Service Level Target within a given calendar month.

"**Service Level Target**" means the threshold Availability level, below which a Service Level Penalty applies.

"**Severity (Cloud) Level**" means the Severity level assigned to an Incident, as detailed in section 3.1.1 of this Schedule.

"**Unavailable**" means an Instance is not operational or accessible by the Customer. For clarity, an Instance is Available if the Customer can connect to the Instance and use the Instance as generally intended.

2     **MANAGED CLOUD SERVICES**

2.1     General Services.

2.1.1     Installation and initialization of the Managed Cloud Services in the applicable Managed Cloud Services Order Form. This does not include provision of implementation, development or other consultancy, subject to separate terms and conditions.

**IFS MANAGED CLOUD SERVICES ORDER FORM/SUBSCRIPTION**
**IFS NORTH AMERICA, INC.**



    2.1.2   Co-operation with the Customer to facilitate network connectivity between the Hosting Environment and Customer's site(s).

    2.1.3   General support and assistance to bring the Managed Cloud Services to a production-ready state.

    2.1.4   Delivery of services as described in Schedule – IFS Managed Cloud Services – Service Description.

    2.1.5   Availability and access to the IFS LCS (Lifecycle Support System) reporting system enabling the Customer to report Incidents and service requests and have visibility of Incident or case status.

    2.1.6   Resolution of Incidents in accordance with section 3.1 of this Schedule. Other than in connection with a force majeure event or Scheduled Downtime, reasonable costs incurred by IFS in investigating and resolving Incidents caused by an Outage Exception will be charged to the Customer in one hour increments on a time and materials basis, provided that IFS shall notify the Customer without delay when the relevant IFS resource realizes that an Incident is caused by an Outage Exception.

2.2    Planned Maintenance.  There will be occasional planned periods of Scheduled Downtime. Where necessary, IFS will schedule additional maintenance windows in cooperation with Customer to implement Customer- approved changes of the Managed Cloud Services. In addition, Microsoft typically schedules maintenance operations of the Hosting Environments during night-time hours and notice will be provided approximately 1 week in advance of such operations.

2.3    Change management.

    2.3.1   Regular Change Management.  Either Party may request modifications to the Managed Cloud Services using the "Change Management" process described  in this section. Any change to the Recurring Fees as a result of a change will become effective on the date the change is implemented and as agreed by the parties in writing.

    Change requests can be proposed by either Party. Change approval is required from the other Party prior to execution of a change with the exception of Emergency Changes.

    Change requests are submitted via the IFS Service Center detailing the requested changes. On receiving the request, IFS will document the requested changes and any associated cost and send them to the Customer for approval.

    2.3.2   Emergency Change Management.  An "Emergency Change" occurs when the change is triggered by a Severity (Cloud) Level 1 Incident. Emergency Changes follow an escalated approval process and will bypass Customer approvals if Customer is unavailable. Customer will be notified of the Emergency Change. Approvals will be documented by IFS and full documentation will be provided after the change. Customer sign-off will be required to confirm restoration of service and change success.

2.4    Disaster Recovery.  In the event of a Disaster, resulting in IFS being unable to provide the Managed Cloud Services to the Customer, and unless other specific disaster recovery services have been provided, IFS will restore Content, Instance(s) or the Hosting Environment, as appropriate, from offline media as of the most recent successful backup, within the Recovery Point Objective and the Recovery Time Objective.

2.5    Offboarding Assistance. IFS will provide offboarding assistance subject to the terms in this Order Form and the Agreement.

**IFS MANAGED CLOUD SERVICES ORDER FORM/SUBSCRIPTION**
**IFS NORTH AMERICA, INC.**



3    **SERVICE LEVEL AGREEMENT**

3.1    Incident Management

3.1.1    Incidents shall be classified according to the following Severity (Cloud) Levels:

(a) Severity (Cloud) Level 1 (Service Down) means an Instance is Unavailable.

(b) Severity (Cloud) Level 2 (Service Degraded) means an Instance is operational, but at a materially reduced level of service.

(c) Severity (Cloud) Level 3 (Service Warning) means an Instance is operational at a normal level of service, but at risk of failure (such as low disk space).

(d) Severity (Cloud) Level 4 (Routine) means an Incident which has no operational impact on service performance but requires a routine operational task.

3.1.2    Where an Incident is automatically detected, the Customer will be notified by IFS by e-mail within 15 minutes of detection.  If an Incident causes an Outage, the Outage is considered resolved when the Instance is restored or there is a reasonable workaround provided.  The Incident will remain open and work will continue by IFS until a permanent solution is implemented.

3.1.3    The measurement of resolution time shall exclude time when the Incident resolution is awaiting Customer response, input, or assistance, or when Incidents require a change in the Managed Cloud Service and is awaiting Customer approval.

3.2    Service Level Credits.

3.2.1    SLA Credits and calculations thereof are set forth Section 3 of Order Form.

3.2.2    Any SLA Credit due to the Customer and the right to terminate pursuant this Order Form and the Master Agreement shall be the Customer's sole and exclusive remedy with respect to any failure by IFS to provide the Managed Cloud Services in accordance with the Service Levels. For the avoidance of doubt, the performance targets described herein are not part of or related to any other SLA or performance target as may be applicable between the Parties.

4    **OTHER CUSTOMER RESPONSIBILITIES**

4.1    Installation deferral. Customer cannot defer approval of the installation of Fixes and Updates more than 3 months from the date at which they are made available by IFS, irrespective of the severity level addressed by such Fixes and Updates. The installation of critical security Fixes may not be deferred by Customer at any time.

4.2    Operation of Customer Supplied Components.  Unless agreed to otherwise, Customer is responsible for day to day functional administration and usage of any Customer Supplied Components, including the following:

(a)    Configuration and management of Customer on- site routes/firewalls used to establish VPN or other connectivity;

(b)    Configuration and management of non-IFS software (if any) installed on site with customer;

(c)    Installation, configuration, and maintenance of any non-IFS software on end-user machines;

**IFS MANAGED CLOUD SERVICES ORDER FORM/SUBSCRIPTION**
**IFS NORTH AMERICA, INC.**



(d)  Internal Customer case/ problem management;

(e)  Centralized co-ordination of problem reporting to IFS to avoid duplicate reports;

(f)  Ensuring that problems reported to IFS contain a reasonably detailed description including any error messages;

(g)  Creating and managing Permitted Users and profiles, and settings including without limitation: user experience settings; security and access permissions;

4.3  Security.  Customer shall (a) use industry-standard security precautions for Customer's own IT assets that may be used in connection with the Managed Cloud Services, i.e., maintain up-to-date virus scanning and operating system security patches and firewall protection; (b) require each Permitted User to use industry-standard security precautions. In addition, Customer shall not take any action or install any software that may preclude or impair IFS' ability to access or administer its network or provide the Managed Cloud Services.

4.4  Acceptable Use Policy ("AUP")

4.4.1  The Customer must not use the Managed Cloud Services in the following manner:

(a) In a way prohibited by law, regulation, governmental order or decree;

(b) To violate the rights of others;

(c) To try to gain unauthorized access to or disrupt any service, device, data, account or network;

(d) To spam or distribute malware, and Customer shall use commercially reasonable efforts to ensure that no viruses, worms, Trojan horses, time bombs, cancel bots or any other harmful, damaging or destructive programs or content are transmitted or caused to be transmitted by or on behalf of the Customer through the use of the Managed Cloud Services;

(e) In a way that could harm the Managed Cloud Services or impair anyone else's use of it; or

(f) In any application or situation where failure of the Managed Cloud Services could lead to the death or serious bodily injury of any person, or to severe physical or environmental damage.

4.4.2  Moreover, the Customer may not, nor enable others to:

(a)  use the Managed Cloud Services in such a manner that prevents or disrupts other computer communications, or prevents or disrupts the equipment employed in order to provide and use the Managed Cloud Services;

(b)  disable, tamper with, or otherwise attempt to circumvent any billing mechanism that meters Customers use of the Managed Cloud Services, nor force any electronic barriers or locks which have been adapted for the purpose of protecting the Managed Cloud Services and the Software;

(c)  rent, lease, lend, resell, transfer, pledge, sublicense or otherwise exploit or encumber Managed Cloud Services (including the Hosting Platform and Software), or otherwise make available any portion thereof to or for third parties, other than Customer's employees, clients, affiliates, agents or contractors for any purpose whether in the operation of a commercial service bureau, sourcing, subscription or time-sharing arrangement, rental, software as a service or outsourcing context, or otherwise;

**IFS MANAGED CLOUD SERVICES ORDER FORM/SUBSCRIPTION**
**IFS NORTH AMERICA, INC.**



(d)  publish any results of benchmark tests performed on any portion of the Managed Cloud Services; or

(e)  otherwise act in any way that would negatively impact any rights of IFS in the Managed Cloud Services, or that would deprive IFS, in whole or in part, of any fees to which it is entitled, and Customer agrees to comply with all reasonable requests by IFS to protect the respective rights of IFS in the Managed Cloud Services and the Software.

4.4.3  Customer must comply with all laws applicable to the Managed Cloud Services, including laws related to privacy, export-control, data protection and confidentiality of communications. Customer is responsible for implementing and maintaining reasonable privacy protections and security measures for components that the Customer provides or controls, and for determining whether the Managed Cloud Services are appropriate for storage and processing of information subject to any specific law or regulation. Customer is responsible for responding to any request from a third party regarding Customer's use of the Managed Cloud Services under applicable laws, but IFS agrees to reasonably cooperate with Customer in the event of a third party or government request for information regarding the Managed Cloud Services.

5    **INVESTIGATION, SUSPENSION, ETC**.

5.1    IFS has the right to investigate potential violations of the AUP. If IFS determines that a breach has occurred, then IFS may after Customer's failure to cure such violation within 10 days written notice thereof:

(a)  restrict Customer's and Permitted Users' access to the Managed Cloud Services;

(b)  remove or require removal of any offending Content;

(c)  suspend the Managed Cloud Services in whole or in part;

(d)  terminate the Managed Cloud Services for cause; and/or

(e) exercise other rights and remedies, at law or in equity.

5.2    Except where IFS reasonably believes an immediate restriction of the access to the Managed Cloud Services is required or otherwise is required by law, before undertaking the actions in this section, IFS will attempt to notify Customer by any reasonably practical means under the circumstances, such as, without limitation, by telephone or e-mail. Customer will promptly notify IFS of any event or circumstance related to the Managed Cloud Services, Customer's or any Permitted User's use thereof, or Content of which Customer becomes aware, that could comprise a breach of the AUP, and Customer will provide all reasonable and relevant information relating to such event or circumstance to IFS at IFS' request. IFS agrees to allow Customer complete and unrestricted access at all times to Customer's software applications, devices, equipment, hardware, and all Managed Cloud Services-related license files so that Customer can audit its Permitted Users' compliance. In the event of a violation of the AUP, Customer has 10 days following notification to correct the violation prior to IFS taking action.

5.3    Without prejudice to any other rights or remedies available to IFS under the Master Agreement or applicable law, IFS shall have the right to suspend Customer's access to and use of the Managed Cloud Services if Customer, despite 10 days prior written demand, does not timely pay any undisputed Recurring Fees. The exercise by IFS of suspension rights or other remedies under this section shall not relieve Customer of any obligation to pay the applicable Fees.

DocuSign Envelope ID: B341B0D5-288D-450D-A00C-1226F53Z87E3

**IFS MANAGED CLOUD SERVICES ORDER FORM/SUBSCRIPTION**
**IFS NORTH AMERICA, INC.**



### SCHEDULE 2: IFS MANAGED CLOUD – SERVICE DESCRIPTION

**HOSTING ENVIRONMENT**

The platform infrastructure are the underlying infrastructure items that make up the Hosting Environment and enable the Customer to host the Software in a cloud deployment model.

This includes the servers, storage, operating systems and database and middleware management. Using this Hosting Environment, the Software is installed and accessed remotely by the Customer through secure network connections. This Hosting Environment is hosted on the secure, managed Microsoft Azure cloud platform.

1.1  Connectivity

Connection from the customer's site(s) to the Hosting Environment is via a secure network connection, using either: HTTPS (public internet), VPN (secure internet), or a dedicated network connection (MPLS / Microsoft Azure ExpressRoute).

1.2  Virtual Machines

Within the cloud infrastructure in the datacenter, the Customer is allocated a specific number of virtual machines ("VMs"), sized and configured to support the number of users and application environments described in this Order Form. VMs are assigned specified amounts of computing resources (CPU, Memory and Storage). The number of VMs used, and the committed level of resource may be changed at any time using the change management process described in Section 6. Significant changes may involve moving to a different configuration.

Using virtualized technologies, the service is able to provide the high availability described in the Service Level, even within a single datacenter. Potential failures of the service are mitigated through the Virtual Machines being able to fail over automatically onto a secondary physical host should the underlying primary physical platform temporarily fail.

1.3  Storage

All data is stored in three redundant copies within the same datacenter. All data shall be stored in the United States. Customers may specify the geographic area(s) of the Microsoft Azure datacenters in the United States in which Customer data will be stored. Available geographic areas are detailed on http://azure.microsoft.com/en-us/support/trust-center/privacy/ and http://azure.microsoft.com/en-us/support/trust-center/privacy/control-location/.

Customer data may be transferred within the United States for data redundancy or other purposes. Data will not be transferred outside the United States.

**MANAGED SERVICES**

The IFS Managed Cloud Service combines the Hosting Environment described in the Hosting Environment Section above described above with Managed Services, which provide monitoring and specific operational support for the Software and the technical infrastructure supporting it. Servers, databases and other technical components are monitored proactively, and provides a response to emergencies, such as hardware failures.

Managed Services are available at different service levels, the selected level being identified in this Order Form.

Managed Services do not extend to issues at the customer site, such as desktop support, the networking interconnects between the customer's site(s) and the data center, or IFS Applications (which are supported under the customer's agreement on maintenance and support).

The following Sections describe the various Managed Services in more detail.

DocuSign Envelope ID: B341B0D5-288D-45D7-A00C-1226F53ZB7E3

2.1   Platform Services

Platform services provide additional services around the Hosting Environment, including the set-up, performance monitoring, management and maintenance of the Hosting Environment, including:

- Monitoring of network connectivity to the Hosting Environment.
- Windows Virtual Server Services Management providing proactive 24x7 monitoring and management.
- Event detection and notification; User Account Management; Password Management; File System Management; Security Patch Management; Active Directory Management; DNS Management; Performance Management, Reporting and Quarterly Reviews.

2.2   Database Services

This Managed Service supports the Oracle database (and where applicable to support selected add-ons using Microsoft SQL Server). This includes automatic monitoring with thresholds and alerts, backup monitoring and standard maintenance tasks. Database notifications and incidents will be reviewed and acted upon.

Database health and performance checks will be carried out regularly to ensure the database is running efficiently. Housekeeping scripts will be deployed and maintained and the database will be configured as required to support the Software.

For the Oracle Database, the Database Services provides proactive monitoring and of single-instance databases and standby (Data Guard or Disaster Recovery) database on OS file system or ASM (Automatic Storage Management). The Managed Service includes: Polling databases, Event detection and notification for Databases that do not answer polls, Event monitoring, Performance Management, Space Management, Schema Management, User Management, Capacity Planning, Cluster Management, Patch Management, Reporting, and Quarterly Reviews.

2.2.1 SQL Server

SQL Server Service offering provides performance monitoring, alarm notification; and management of Microsoft SQL Server. Management includes database management, remediation, change management, performance tuning, new feature usage and backup & recovery.

2.3   Managed IFS Applications Services

Managed IFS Applications Services for the monitoring, maintenance and configuration of the Software. This proactive monitoring and management service includes the essential monitoring and remediation services to insure that essential Software services are operational.

The following services are included in this service offering:

- IFS Middleware Server Application Services monitoring and corrective action
- IFS Connect process monitoring
- IFS Batch Services process monitoring
- IFS Touch Apps Server monitoring

Note that there are additionally a number of services available on request, charged for on a time and materials basis, including:

- Creation of a new Instance (typically under the applicable Change Management process;
- Replacement of an existing Instance with a copy of another Instance. Most commonly, but not limited to, the replacement of a test Instance with a copy of the production Instance; and
- Service reconfiguration as a result of a customer initiated network configuration change.

2.3   IFS Patch & Update deployment

Software Patches and Updates are provided under SCHEDULE 3 – SUPPORT SERVICES. As part of these IFS Applications Managed Services, Patches and Updates delivered by Customer Support to be deployable into the Customer's solution, will be

DocuSign Envelope ID: B341B0D5-488D-450B-A90C-1226F537B7E3

deployed to the managed Instances of IFS Applications (i.e. Production, Test) as follows: Severity (Application Support) [1] Patches and Updates will be deployed on demand, other Patches and Updates within Scheduled Downtime, in each case within timescales agreed with the Customer.

2.4   Back-up and Recovery

IFS Backup Services provides for the backup of Licensee's Environments. Microsoft Azure provides two backup mechanisms, which IFS Managed Cloud combines to provide a comprehensive back-up service:

- Agent based file level backup of Windows servers to an Azure backup vault (cloud based storage);
- Image level backups of VMs hosted in the Azure cloud.

The Backup & Recovery service includes hosting within a single highly resilient Microsoft Azure datacenter with backup to a second datacenter. Data is replicated in three redundant copies within the primary datacenter and back-ups are copied to a U.S. based remote secondary datacenter, providing a high level of data durability. Backups are taken daily in order to achieve a Recovery Point Objective of 4 hours (meaning that the loss of data in the event of a major incident should be limited to 4 hours), and Recovery Time Objective of 12 hours. The retention period for backups is a rolling two-week cycle.

In most disaster scenarios the primary datacenter will remain available, meaning that recovery time – which IFS provides on a commercially best-efforts basis under the standard service will be typically less than 24 hours.

---

[1] Severity (Application Support) in this context relates to the defined Severity (Application Support) of a Software support case under the applicable Maintenance & Support Agreement. Severity (Application Support) 1 Patches / Updates may also include other fixes deemed critical by IFS.

**IFS MANAGED CLOUD SERVICES ORDER FORM/SUBSCRIPTION**
**IFS NORTH AMERICA, INC.**



### SCHEDULE 3 – SUPPORT SERVICES

1   **SUPPORT SERVICES**

*General*

1.1   IFS will provide Support Services in relation to the Software, during the applicable Support Service Hours, as further set forth in this Schedule.

1.2   The Support Services and all reporting, communication and documentation in regards thereof will be provided in English unless otherwise is specified in the applicable Order.

1.3   To ascertain the effective delivery of Support Services hereunder, the Parties will jointly set up the necessary processes and framework, to be provided as a chargeable service. Also, the Customer accepts that Customer's Key Users may require initial training regarding the Support Services.

1.4   In addition to the defined terms set forth otherwise herein, the following defined terms shall have the meaning ascribed to them below, unless the context requires otherwise.
"Business Day" means Monday – Friday except Christmas Eve, New Year's Eve and applicable local public holidays.
"Case" means a unique message, identified with a number, reported by the Customer into IFS' case management messaging system. Such a message can be malfunction reporting, request for information, modification request, or other messages.
"Core Release" means a top single digit, version of the Application Software, e.g. version 5, offered by IFS for general commercial distribution, typically containing significant new functionality, Improvements, as well as architectural changes.
"Current Release" means the latest Core Release offered by IFS for general commercial distribution, e.g. v 5.
"Customer" means Licensee.
"Fix" or "Patch" means a software change to correct a software defect, security vulnerability, Error, or other problem. Fixes are compatible to a specific Core Release or Major Release.
"Improvement" means a software change made on IFS' initiative to implement new capability, legal requirements, or smaller functional enhancement and which is not separately priced and charged by IFS. Improvements are

compatible to a specific Core Release or Major Release.
"Key User" means any person appointed by the Customer and trained by IFS to handle initial problem resolution and report malfunctions in the Software.
"Major Release" means a two-digit sub-version of a Core Release (e.g. 5.4), typically containing significant new functionality, Improvements, as well as architectural changes.
"Release" means a Core Release, a Major Release or a sub-version thereof, as applicable.
"Support Service Hours" means the hours detailed in the applicable Order during which Support Services are provided and as further set forth below.
"Severity (Application Support) Level" means the Severity level assigned to a malfunction in the Customer Release, as detailed in section 1.9.
"Trainer" means any person designated by the Customer to be trained by IFS to, in turn, train the Customer's end users.
"Update" or "Service Pack" means cumulative set of Fixes and Improvements for a Core Release or Major Release.
"Upgrade" means an upgrade from one Core Release to a new Core Release or from a Major Release to new Major Release. Any Upgrade of the Customer Release will be agreed separately in writing by the Parties and will be handled as a project.

*Application Support*

1.5   IFS Internet Support Center
Customer is granted access to IFS' case management messaging system (IFS Internet Support Center) in which the Customer can report malfunctions in the Customer Release, track and follow up on its reported malfunctions.

The IFS Internet Support Center is normally available "24/7" and is accessible using individual log-in details. Customer shall keep confidential any such log-in details and shall take reasonable measures to prevent any unauthorized access or use.

1.6   Correction of malfunctions
IFS shall maintain the Customer Release so that it operates in substantial conformity with the Documentation, and shall make corrections of material malfunctions of which IFS becomes aware, taking account of the applicable Severity (Application Support) level pursuant to section 1.9.

DocuSign Envelope ID: B341B0D5-288D-450D-A00C-1226F53787E3

Corrections of malfunctions are normally made through Updates and occasionally by way of single Fixes. Where deemed appropriate by IFS, malfunctions may also be corrected by way of new releases.

IFS is offering a preventive, "evergreen" application support, the purpose of which is to provide streamlined accumulation of Fixes in the general core code line of the Application Software, on a regular basis. By the preventive application support approach, Updates will be released regularly in accordance with IFS' release schedule as applicable from time to time.

1.7 Improvements

Improvements to the Application Software are developed at IFS' sole discretion. Improvements are normally made through release of new Core Releases or Major Releases but may occasionally be released through Updates.

1.8 New releases

During the applicable term hereof, Customer will have the right to any new Major Releases and Core Releases of the Customer Release made available by IFS for general commercial distribution. The implementation of releases requires an Upgrade.

As agreed by the parties in writing, new releases may, at the Customer's cost and expense, require new releases of, or additional, Third Party Products and hardware. Further, new releases of operating systems, Third Party Products and hardware may require an Upgrade.

*Severity (Application Support) Levels*

1.9 Malfunctions are categorized (and may be subsequently re-categorized) by IFS in accordance with the following severity levels:

- Severity (Application Support) Level 1: *System down*. The entire production environment is unavailable; or suspected or confirmed security vulnerability exists with severe consequences if exploited, and no workaround is available.
- Severity (Application Support) Level 2: *Critical*. Total loss of any business feature in the Customer Release for all Named Users; or any business critical data error, and no workaround is available.
- Severity (Application Support) Level 3: *Routine*. Total loss of any business critical feature in the Customer Release

for a limited number of individual Named Users; or partial loss of any business critical feature for any number of Named Users; or total loss of any non-business critical feature for any number of Named Users; or any non-business critical data error or substantial loss of user productivity; or situations listed under Severity 1 or 2 above for which a workaround is available.

- Severity (Application Support) Level 4: *Minor*. All cosmetic and documentation errors and other minor errors.

*Solution Support Services*

1.10 IFS Helpdesk

Customer will have access to IFS' regional support center's local 1st line Helpdesk specified in the applicable Order ("IFS Helpdesk"). The IFS Helpdesk service is available between 7:00 a.m. and 7:00 p.m. central time and will be provided during IFS' local office hours for the agreed regional support center, as specified in the applicable Order, with the exception of applicable local public holidays (the "Support Service Hours").

During the applicable Support Service Hours, Customer may address questions and request assistance relating to Cases, which Customer has registered in IFS Internet Support Center.

IFS Helpdesk will work with the Customer to evaluate and classify the registered Case and determine the route to Case resolution. Evaluation and classification of a Case will, during the applicable Support Service Hours, normally be initiated within 1 hour from registration.

If IFS determines that the Case relates to a user caused handling error or other end-user or training related matters that, in IFS' reasonable opinion, can be performed by way of an existing straight forward documented resolution involving no additional cost for IFS, then IFS may provide the resolution at no additional charge to the Customer. More in-depth or specific user guidance or training may be provided as a chargeable service.

If the resolution is determined to be an existing Fix or Update, then preventive code maintenance pursuant to section 1.13, or

DocuSign Envelope ID: B341B0D5-288D-450D-A60C-1226E53ZB7E3

emergency code maintenance pursuant to section 1.14 may be initiated.

Where a Case cannot be resolved by IFS Helpdesk, the Case will be escalated to 2nd line support for the provision of product support.

1.11  Product support

IFS undertakes to provide product support whereby IFS will assist Customer in resolving Cases relating to the Customer Release, including diagnosing any Case reported or escalated from IFS Helpdesk, and providing the outcome of such diagnosis to the Customer, e.g. in terms of Case severity.

Analysis of a registered Case will, during the applicable Support Service Hours, normally be started within the following timespans from registration of the respective Case:

–   Severity (Application Support) Level 1 – 1 hour
–   Severity (Application Support) Level 2 – 4 hours
–   Severity (Application Support) Level 3 – 12 hours
–   Severity (Application Support) Level 4 – 40 hours

If IFS determines that the Case relates to a user handling error or other end-user or training related matters that, in IFS' reasonable opinion, can be performed by way of an existing straight forward documented resolution involving no additional cost for IFS, then IFS may provide the resolution at no additional charge to the Customer. More in-depth or specific user guidance or training may be provided as a chargeable service.

If the resolution is determined to be an existing Fix or Update, then preventive code maintenance pursuant to Section 1.13, or emergency code maintenance pursuant to Section 1.14, may be initiated, as and where applicable.

If the diagnosis proves that the Case relates to a malfunction not addressed by an existing Fix, then IFS' product support will escalate the Case to Application Support (3rd line support).

1.12  Code management

IFS shall perform normal code management services and will for such purpose maintain a source code repository and a development environment and, if required, a build and test environment with a copy of the Customer Release. The service includes periodic backup using hardware dedicated for the purpose of running software client and server software, including, operating system. Hosting of Third Party Products or other Customer specific software or hardware may be required and will be provided as a chargeable service.

Hosting of environments dedicated for other activities such as configuration management, training, migration projects or development projects may be provided as a chargeable service.

1.13  Preventive Code maintenance

Subject to any additional terms and conditions set forth in the applicable Order Form, IFS shall provide preventive code maintenance by which Updates will be analysed, merged and made installable into the Customer Release. This service will be provided in accordance with a frequency schedule as recommended by IFS from time to time.

1.14  Emergency Code maintenance

Where the Customer has reported a malfunction of Severity (Application Support) Level 1 or 2 in the Customer Release, which malfunction the Parties due to functionality reasons agree requires more urgent attention than the next release of an Update, then the Customer may request that IFS address such malfunction by making available a single Fix, and IFS will merge the Fix and make it installable into the Customer Release. Code maintenance in addition hereto will be provided as a chargeable service.

1.15  Third Party Products

Notwithstanding anything to the contrary provided herein, Support Services in relation to Third Party Products will be provided to Customer only if specified and priced in the applicable Order Form, and will then be of the same nature and extent as IFS receives from the applicable Third Party Product vendor.

*Optional Support*

In addition to the Support Services set out above, IFS offers the following optional support services as chargeable add-on services, where agreed and specified in the applicable Order Form.

1.16 End user support

Customer is offered to outsource its internal helpdesk function related to the Customer Release, to IFS. IFS will then, by utilizing Customer's systems, provide support for 'end user' related questions with regard to setup, configuration and operational issues of the Customer Release.

Except where otherwise agreed in the applicable Order Form, such outsourced end user support will be set up on an annual basis, and will be renewed and charged accordingly.

1.17 IFS Additional Helpdesk

IFS offers the possibility for Customer to report Cases in 1 additional language via an additional 1st line Helpdesk. IFS will assist Customer in coordinating the investigation process regarding Cases reported by the Customer via the two helpdesks.

The Support Service Hours of the additional Helpdesk service will apply during the local office hours of the additional Helpdesk location as specified in the applicable Order Form, with the exception of local public holidays.

1.18 Extended Support Service Hours

Extended Support Service Hours may be offered where separately agreed, on terms and conditions to be set forth in the applicable Order Form.

*Other additional Support services*

IFS also offers other additional support services, provided as chargeable services, as available and subject to separate agreement, terms and conditions, that may be delivered based on Customer's unique set-up and/or requirements. Examples of such other support services are: on-site services, configuration support, training and user guidance, and services related to Customer's data.

*Customer Obligations*

1.19 Reporting, initial research and tracking

Customer must always register a Case in IFS Internet Support Center before IFS will commence any work in relation to it, and the Customer shall channel any Cases, questions or requests through IFS Internet Support Center. By way of exception IFS may agree to facilitate communication via email or via telephone at contact details designated by IFS from time to time.

Cases shall be reported by a designated Key User.

Customer shall be responsible to assign a limited set of Key Users to co-ordinate, research and supervise all Cases reported to IFS.

The Customer undertakes to provide reasonable and timely assistance through its Key Users to IFS in providing the services and tracing a Case.

All Cases must be researched by the Key User before reported to IFS and any Case reports shall include a detailed written description of the nature of the Case and how it arose. Any reported malfunction should be accompanied with a test plan to reproduce the malfunction.

1.20 **Required competences and additional training**

The Key User shall have the following competences (minimum):
- Competence within applicable functionality in the Application Software.
- Competence within the business processes connected to the applicable functionality in the Application Software.
- Technical competence regarding database administration and routines for security and backup.
- Competence within IFS' case management messaging system, IFS Internet Support Center.

If IFS reasonably determines that a Key User lacks sufficient competence, IFS can require that the Key User undergoes additional training. This training can be performed by the Customer itself or be ordered from IFS as a chargeable service.

Improvements provided by IFS may require additional training of Customer's Trainers and users. Customer shall provide appropriate training with respect to such Improvements.

1.21 **Test and verification**

It is the Customer's duty to test and verify deliverables provided hereunder. The Customer shall, in writing, notify IFS about the outcome of such test and verification.

1.22 Configurations and Content

Except to the extent separately agreed in writing, and subject to additional terms and conditions, Customer is solely responsible for all

DocuSign Envelope ID: B341B0D5-288D-45D7-A00C-1226F53ZB7E3

configurations (such as custom fields, custom objects, custom events, custom menus, report layouts, quick reports) and personalizations (such as shortcuts, saved searches, screen layouts) in the Customer Release. Customer is solely responsible for its Content.

### Limitation of Support

1.23 Notwithstanding anything to the contrary set forth herein, IFS' obligation to provide Support Services is limited as set forth in this Section.

1.24 With regard to Cases reported by the Customer not covered by IFS' Support Service obligation or for which the Customer has failed to provide the requisite information, materials or assistance, as requested in writing by IFS, IFS will charge Customer for any diagnosis work by IFS on a time and material basis and, upon written agreement with Customer, any correction work will be provided as a chargeable service, but Customer understands that such attempted correction may not be successful.

1.25 Customer acknowledges that IFS normally only provides Support Services in relation to one release of the Application Software at a time. However, where agreed Support Services may be provided with respect to two releases in parallel at the same time during a transitional period when a new release is being implemented and tested by the Customer, to be provided as a chargeable service as agreed to by the parities in writing.

1.26 Support Services do not include any associated or additional services and expenses related thereto, which may, as available, be provided as chargeable services as agreed to by the parities in writing.

1.27 The scope and contents of the Support Services may need to be revised to reflect new releases and amended business and service models of IFS. Any such revisions will be agreed in good faith.