# Exhibit C

**PROFESSIONAL SERVICES ORDER FORM**
**IFS NORTH AMERICA, INC.**



**THIS ORDER FORM**, dated February 6, 2019, when signed below, becomes a part of that certain Master Agreement/Subscription dated February 6, 2019, by and between IFS NORTH AMERICA, INC. ("IFS") and EMCOR FACILITIES SERVICES INC. ("LICENSEE") ("Master Agreement").

**PROFESSIONAL SERVICES:**

1. IFS must receive Licensee written approval before beginning any Professional Services project. Each such project must set forth, in reasonable detail, the scope of the services, delivery expectations, and prices other than as set forth in an Order Form. The written approval requirement is satisfied either by detailing such projects within this Order Form or by separate Statements of Work referencing this Order Form.

2. IFS Discounted Time and Materials Service Hourly Rates for Licensee's implementation project / Rates for North America resources / expressed in USD:

| | |
|---|---|
| Project Management | $200 / hour |
| Solution Architect | $187.50 / hour |
| Technical Solution Manager | $187.50 / hour |
| Business Consulting / Functional Consultants | $187.50 / hour |
| Programming/Design / Software Developers | $187.50 / hour |
| Technical Consulting / Software Engineers | $187.50 / hour |
| Training | $187.50 / hour |

3. Professional Services rates are based on IFS labor rates specified in item 2, which will remain effective three years from the date of this document, thereafter labor rates may be revised upon 30 days' written notice. In addition to these rates, Licensee shall pay reasonable out-of-pocket expenses for work done at Licensee's location such as meals, lodging, transportation, and an allowance for auto mileage in accordance with Exhibit C - EMCOR Group, Inc. Travel and Expense Policy of the Master Agreement.

4. There will be a 1/2 hour minimum Professional Services charge for all work performed at IFS, including telephone calls. There will be a 4-hour minimum Professional Services charge for work performed on-site. Approved weekend and holiday work is billed at twice the rate for the selected service. All Professional Services travel time is billable at 1/2 the rate for the selected service.

5. All Professional Services time is billable to the Licensee whether it occurs at the Licensee's site, at IFS, over the phone, or elsewhere. Actual Professional Services expenses vary greatly from customer to customer, depending primarily on customer commitment of resources, speed of learning, previous experience, internal coordination and management, etc. Professional Services will be provided as needed and requested by Licensee. The estimated investments on the following pages are Professional Services the Licensee might request from IFS. Any changes in the scope of work will directly affect these investments and the amounts billed to the Licensee per the Master Agreement.

6. IFS may use personnel from IFS affiliates around the world to provide Professional Services. Licensee shall inform IFS if it requires that only "U.S. persons" (as that term is defined in section 120.15 of the ITAR) provide Professional Services to it.

7. IFS may subcontract all or a portion of the Professional Services to one or more subcontractors. However, IFS shall remain responsible for each subcontractor's performance of the Professional Services under this Order Form and the Master Agreement.

8. Licensee shall pay IFS for Professional Services outlined herein as incurred. Licensee will be invoiced twice a month for said services. Payment terms are Net 30 days from invoice date; a late payment fee will accrue at the rate of 1.5% per month from the due date unless specified otherwise in a SOW approved by licensee.

| LICENSEE | | IFS | |
|---|---|---|---|
| Signed By: | *Anthony Sada* (DocuSigned) 824E0648A2D4413... | Signed By: | *Cindy Jaudon* (DocuSigned) 6131C7784EF848D... |
| Printed Name: | Anthony Sada | Printed Name: | Cindy J. Jaudon |
| Title: | CFO of EMCOR Building Services | Title: | President |

11/2017      Page 1 of 1