# Exhibit D

# ORDER FORM

**IFS**

## GENERAL INFORMATION:

| | | | | |
|---|---|---|---|---|
| Order No.: 39349 | | | Order Form Start Date: 2/6/22 | |
| Order Type: | New Sale: ☐ | Add-On: ☐ | Subscription to IFS Cloud Services: ☐ | Subscription license renewal/IFS Cloud Services renewal: ☒ |
| | Support Services only: ☐ | Upgrade: ☐ | Additional Services only: ☐ | Success Support Services: ☐ |

| | |
|---|---|
| Customer Name (also referred to as "Customer" or "Licensee"): EMCOR Facilities Services, Inc. | IFS Customer ID: 308860 |

Customer Address: 1700 Markley Street Norristown PA 19401

Billing Address: 1700 Markley Street Norristown PA 19401

| | | |
|---|---|---|
| Billing Contact: Brian Johnston | Phone: | E-mail: bjohnston@emcor.net |

Delivery Address: 1700 Markley Street Norristown PA 19401

| | | |
|---|---|---|
| Delivery Contact: Sean Fisher | Phone: (610) 313-2908 | E-mail: sfisher@emcor.net |
| Customer Contact (Technical): Sean Fisher | Phone: (610) 313-2908 | E-mail: sfisher@emcor.net |

Customer Contact (Legal Notices): Brian Johnston, CFO

If PO required* state PO Number:
* for Customer's administrative purposes only

Currency: All amounts stated in this Order Form are in USD
Payment Terms: Net 30 Days from Invoice Date. However, Customer's first payment under this Order Form is not due until October 6, 2022.

All amounts are exclusive of taxes which will be payable in addition to the fees listed above. If a payment due date does not fall on a business day, the applicable payment shall be due and payable on the business day immediately prior to the payment due date. All fees are non-cancellable and non-refundable, except as provided in Special Terms – Warranty below. Unless otherwise stated below, license fees are due on the Order Form start date. Subscription fees, fees for Support Services and other recurring fees, e.g. fees for IFS Cloud Services, are subject to the same Payment Terms stated above

Indexation: US Consumer Price Index for All Urban Consumers (CPI-U).
All recurring fees (including for example fees for Support Services) are subject to annual indexation after 6/10/27 as per the agreement between IFS and Customer. In addition to annual indexation, third-party software related recurring fees may be subject to additional annual revision to reflect any third-party fee increases.

## TERM:

Subscription License:
Subscription term commences on Order Form Start Date for a term of 65 months ("Subscription Term")

Term of IFS Cloud Services:
IFS Cloud Services will commence on Order Form Start Date and continue for a term of 65 months.

## SUPPORT INFORMATION:

Support Terms: Master Agreement as identified below.

| | |
|---|---|
| Service Hours Country and Time-zone: USA – Central Time Zone | Country(ies) of Support Services: USA |

## TECHNICAL INFORMATION/RESTRICTIONS:

Designated Location(s) (if different to Customer Address): Microsoft Azure Data Center East

Additional Countries:

Number of Instances (i.e. code lines): 1

Environments: 5, consisting of 2 production Instances (1 FSM Instance and 1 PSO Instance) and 3 non-production Instances (1 FSM Test Instance, 1 FSM Dev Instance and 1 PSO Instance)

Number of Language versions (specify languages): English

**FOR IFS CLOUD ONLY:**

Name in Customer URL (this will be display name in IFS Cloud Build Place): emcorgroup

Build Place User Admin(s):

## APPLICATION SOFTWARE:

| Software Type | Software | Part No. | License Type | Use Type | Use Level (Quantity) |
|---|---|---|---|---|---|
| FSM | Field Service Management Core | | Subscription | Fixed | 1 |
| | Field Service Management Integration Framework | | Subscription | Fixed | 1 |
| | Field Service Management – Lobby Configuration | | Subscription | Fixed | 1 |
| | Field Service Management – Technician Portal | | Subscription | Fixed | 1 |
| | Field Service Management – Customer Portal | | Subscription | Fixed | 1 |
| | Field Service Management – Mobile Server | | Subscription | Fixed | 1 |
| | Field Service Management Named User | FSM6401 | Subscription | NU | 900 |
| | FSM Connect | FSM6403 | Subscription | Fixed | 1 |
| | FSM Customer Portal Named User | FSM6410 | Subscription | NU | 150 |

| | FSM Lobby Configuration | FSM6425 | Subscription | Server | 1 |
|---|---|---|---|---|---|
| | FSM Mobile (Android, iOS, Windows 10) Named User | FSM6405 | Subscription | NU | 1000 |
| | FSM Studio Named User | FSM6402 | Subscription | NU | 20 |
| | FSM Technician Portal Named User | FSM6406 | Subscription | NU | 500 |
| | Global API External Read and Update Access | IC17205 | Subscription | Fixed | 60,000 |
| | FSM Subcontractor Technician User | | Subscription | Named | 60,000 |
| PSO | IFS Dynamic Scheduling | SCH6000 | Subscription | Resources | 720 |
| | What if Scenario Explorer | SCH6010 | Subscription | SNU | 5 |
| Third Party Software | IFS Hierarchical Travel Matrix Annual Subscription | SCH6002 | Subscription | Resources | 720 |
| | Microsoft® Bing™ Maps License– Annual Subscription Full Known User | BM001000 | Subscription | FU | 20 |
| | North America | TT001005 | Subscription | Fixed | 1 |
| Customerville | IFS Customerville Platform - Module | CV-P-A1 | Subscription | Instance | 1 |

### SUPPORT SERVICES:

| IFS or Third Party | Software and Support Plan | Part No. | Support Services Rate |
|---|---|---|---|
| IFS Products | FSM - Platinum Support | FSMMAINTPLATINUM | Included in Subscription Fee |
| | PSO - Platinum Support | PSOMAINTPLATINUM | Included in Subscription Fee |
| Customerville | Customerville - Platinum Support | IFSCSTMRVILMAINT-PLAT | Included in Subscription Fee |

### FEES FOR SOFTWARE AND SUPPORT SERVICES:

| IFS or Third Party | Product Family | Software | Subscription Fee per Annum |
|---|---|---|---|
| IFS Products | IFS | | $2,542,248 |
| Third party | Third party | IFS Hierarchical Travel Matrix | Included in Subscription Fee |
| | | Microsoft® Bing™ Maps License - Full Known User | Included in Subscription Fee |
| | | North America | Included in Subscription Fee |
| **Total** | | | **$2,542,248** |

### IFS CLOUD SERVICES:

| Service | Service Description | IFS Cloud Services One-Time Fee | IFS Cloud Services Fee |
|---|---|---|---|
| IFS Cloud Services | See IFS Cloud Attachment | Included in Subscription Fee | Included in Subscription Fee |

### PAYMENT PROFILE:

| Invoice Due Date: | Payment*: |
|---|---|
| Invoiced Immediately and due October 6, 2022** | $1,244,165 |
| Due 2/6/23 | $1,369,165 |
| Due 2/6/24 | $2,542,248 |
| Due 2/6/25 | $2,542,248 |
| Due 2/6/26 | $2,542,248 |
| Due 2/6/27 5 months 2/6/27-6/10/27 | $1,059,270 |

*The above payments will be adjusted to include Indexation (as detailed above). Indexation will be calculated on the related Recurring Fees.

**2022 IFS Unleashed (World Conference).** If Customer signs this Order Form by Order Form Validity date noted below, Customer will receive four (4) tickets to IFS Unleashed valued at $2,250 USD per ticket at no charge.   IFS Unleashed conference takes place in Miami, Florida on 10-14 October 2022. Tickets to IFS Unleashed 2024 or other IFS events are not included. Tickets and attendance are subject to acceptance of IFS' terms and conditions which can be accessed in FAQ of conference webpage at https://www.ifsunleashed.com/faq.

Customer Tickets valued at $2,250 each includes (a) attendance at all IFS Unleashed customer sessions; (b) attendance at the IFS Unleashed exhibition; (c) ticket to IFS networking dinners and entertainment on Tuesday and Wednesday evenings. Accommodation and travel costs are not included.

DocuSign Envelope ID: 2607FCDF-EBB5-477A-94CD-F00055F89782



Customer is responsible for: (a) ensuring its attendance at IFS Unleashed is in compliance with Customers' own governance and compliance rules; (b) ensuring that its attendees are able to travel to the conference, insurance during travel and the conference, as well as for compliance with US immigration rules (including any travel rules specific to COVID-19); (c) all travel and accommodation costs plus expenses of its attendees while attending IFS Unleashed (IFS only fund for planned events made available as part of the ticket); and (d) ensuring its attendees comply with IFS' conference rules whilst at IFS Unleashed events.

**SPECIAL TERMS**

**Additional Terms:**

Term:

Subscription License. A Subscription license will commence on the Start Date specified in this Order Form and continue in force for the initial Subscription Term specified. On expiry of the initial Subscription Term, the Order Form and subscription license will terminate unless renewed by the written agreement of the Parties. Unless otherwise stated in this Order Form, each subscription license will include the provision of Support Services.

**Product Terms.** Additional terms for third-party software applicable to this Order Form are set out in the product terms at: https://www.ifs.com/corp/-/media/files/legal/Product_Terms.pdf.

**Warranty**. IFS warrants that the Application Software will perform substantially as described in the Software Documentation for a period of 12 months from the date of this Order Form. If IFS breaches this warranty, Customer's sole and exclusive remedy is for IFS, in consultation with Customer, to use reasonable efforts consistent with industry standards to cure the defect or otherwise to redeliver the Application Software so that it substantially complies with the Software Documentation; if IFS is unable to do so, Customer will have no further payment obligations to IFS under this Order Form, IFS will refund any payments made by Customer to IFS pursuant to this Order Form, and this Order Form will terminate.

**Dependency Software.** It is acknowledged that, where applicable, certain software/module(s) forming part of the Application Software specified in this Order Form are made available to Customer solely as dependency software to support the use of certain functions or functionality in the Application Software (such dependency software, whether or not designated as such in the applicable Order Form, is defined as "Dependency Software"). Where applicable, Dependency Software may also be made available to Customer without specifying it as such. For the avoidance of doubt, such Dependency Software is not licensed independently to Customer but is solely made available as part and in support of the designated functionality for use with of the licensed Application Software. Other areas of use or Other use of any other functionality in the Dependency Software will require a separate license.

**Governing Terms.** This Order Form is entered into pursuant to and governed by the Master Agreement Dated February 6, 2019 between Customer and IFS, including documents incorporated therein by reference ("Master Agreement"). In the event of a conflict or inconsistency between the terms comprising the agreement between the parties the order of precedence shall be (1) Master Agreement and any applicable Addendum to the Master Agreement (2) this Order Form including documents referenced herein (3) Product Terms (as applicable) (4) Documentation.

THE UNDERSIGNED INDIVIDUALS CONFIRM THAT THEY ARE DULY AUTHORIZED BY THEIR RESPECTIVE ENTITIES TO EXECUTE THIS ORDER FORM SUCH ENTITY'S BEHALF.

| CUSTOMER | | IFS North A... | |
|---|---|---|---|
| Signature: | *Brian Johnston* (DocuSigned by) 7AEFE15F92E0442... | Signature: | *Cindy Jaudon* (DocuSigned by) 656D0A40D5F4454... |
| Name: | Brian Johnston | Name: | Cindy Jaudon |
| Title: | CFO | Title: | President |
| Date: | June 29, 2022 | 6:29:02 AM CDT | Date: | June 29, 2022 | 6:32:58 AM CDT |

Signed b... al only):

Signature: *Rodney Carroll* (DocuSigned by) 1436A2FD6C1E451...

Date: June 29, 2022 | 7:45:53 AM CDT



**IFS CLOUD SERVICES ATTACHMENT**

This Cloud Services Attachment is effective as of June 10, 2022.

| | |
|---|---|
| Service Type | ☒ Standard commercial cloud services<br>☐ Enhanced Control Services**<br>** Subject to the additional terms set forth in Exhibit - Enhanced Control Services |
| Applicable Service Hours | 7 x 24 hours, 365 days (or 366 days as applicable) per year |
| Update Deferral Period | One (1) month for Critical Resolutions addressing Security Vulnerabilities (having a total score of 9.0 or higher using the base metrics under the latest published version of the Common Vulnerability Scoring System standard); and<br>Two (2) months for other Critical Resolutions.<br>Customer must notify IFS of a request to defer such Critical Resolutions within five (5) working days of being notified of a Proactive Change by logging a support Case ticket. |

| IFS CLOUD: | | |
|---|---|---|
| **Cloud Service** | **Part Number** | **Description** |
| IFS Customerville Platform - Cloud Services | CV-C-B1 | |
| FSM 6.0 Managed Cloud set up Price | FSMCLOUD | |
| FSM 6.0 Managed Cloud | FSMCLOUD | |
| PSO Managed Cloud set up | PSOCLOUD | |
| PSO Managed Cloud | PSOCLOUD | |

| FSM: | | |
|---|---|---|
| Maximum number of Named Users | 900 FSM Back office Users<br>1,000 FSM Mobile Users<br>500 FSM Technician Portal Users<br>20 FSM Studio Users<br>150 FSM Customer Portal Users<br>FSM Lobby Configuration<br>FSM Connect | |
| Production Environments | 1 | Number of Production Environments |
| Non-Production Environments | 2 | Number of Non-Production Environments |
| Database Size (GB) | 4000GB | Maximum Database Size |
| Storage (TB) | 4TB | Maximum unstructured storage capacity (media, files etc) |
| Bandwidth (TB) | 4TB | Included Outbound Data Transfer per month |
| Mobile Push Notification option | No | Up to 200k active devices and up to 10M pushes per month |
| Environment Refresh (Copy PROD to Non-PROD) | 0 | Included Environment Refreshes per Month |

| Planning and Scheduling Optimization: | | |
|---|---|---|
| Maximum schedulable activities | 700 Dynamic Scheduling Resources<br>20 Schedule Workbench Users<br>5 WISE Users<br>HTM<br>20 Bing Maps | |
| Production Environments | 1 | Number of Production Environments |
| Non-Production Environments | 1 | Can be used shared between multiple non-prod application environments - not performance guaranteed |
| Bandwidth (TB) | 1TB | Included Outbound Data Transfer per month |