IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IFS North America, Inc., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> EMCOR Facilities Services, Inc., <br><br> Defendant/Counter-Plaintiff. | Case No. 1:24-cv-00749 <br><br> Hon. Charles P. Kocoras |

### **DECLARATION OF JOHANNA E. SMITH**

I, Johanna E. Smith, make this declaration under 28 U.S.C. § 1746 and hereby declare the following:

1. I am over the age of eighteen, and my business address is 811 Main Street, Suite 3000, Houston, Texas 77002.

2. I am an attorney with the law firm of Gibson, Dunn & Crutcher LLP. I am licensed to practice law in the state of Texas. I represent IFS North America, Inc. ("IFS") in this matter. I submit this declaration based upon my own personal knowledge and my review of the file. If called upon to do so, I could and would testify competently to the matters set forth herein.

3. Attached as **Exhibit 1** is a true and correct copy of EMCOR Facilities Services, Inc.'s notice of subpoena (the "Notice") to AmeriTex Pipe & Products, LLC ("AmeriTex").

4. IFS received the Notice on March 5, 2024.

5. On information and belief, AmeriTex was subsequently served with the noticed subpoena.

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Harris County, State of Texas, on the 12th day of March, 2024.

                                                    */s/ Johanna E. Smith*
                                                    Johanna E. Smith