IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IFS North America, Inc., | Case No. 1:24-cv-00749 (Lead Case) |
| Plaintiff, | Honorable Charles P. Kocoras |
| v. | Magistrate Judge Jeffrey T. Gilbert |
| EMCOR Facilities Services, Inc., | |
| Defendant. | |
| EMCOR Facilities Services, Inc., | Case No. 1:24-cv-00770 |
| Plaintiff, | Honorable Charles P. Kocoras |
| v. | Magistrate Judge Jeffrey T. Gilbert |
| IFS North America, Inc., | |
| Defendant. | |

**JOINT STATUS REPORT**

IFS North America, Inc. ("IFS") and EMCOR Facilities Services, Inc. ("EFS") (collectively the "Parties") hereby submit this Joint Status Report regarding the status of depositions of fact witnesses in accordance with the May 1, 2025, Minute Order (the "Order") (*see* Dkt. No. 86):

IFS has noticed depositions for current and former EFS employees: Michael McElrath Anthony Sada, Sean Fisher, Joseph Hartmetz, Brian Johnston, Bryan Fronk, Eric Pettigrew, and Lauren Matteo Boub. IFS took Michael McElrath's deposition on May 8, 2025 and Eric Pettigrew's deposition on May 13, 2025. IFS has noticed a Rule 30(b)(6) deposition of EFS and the Parties will work together to confirm witnesses and schedule dates. IFS reserves the right to

take additional depositions as discovery continues and IFS identifies more witnesses. The Parties have agreed to the depositions of and confirmed dates as follows:

| Date | Deponent |
|---|---|
| 5/29/2025 | Sean Fisher |
| 6/12/2025 | Anthony Sada |
| 6/12/2025 | Brian Johnston |
| 6/17/2025 | Bryan Fronk |
| 6/27/2025 | Joseph Hartmetz |
| Date to be determined | Lauren Matteo Boub |

EFS has noticed depositions for current and former IFS employees: Jennifer Freese, Cindy Jaudon, Brett Koehn, Michael Anderson, Jeff Kugler, Rick Veague, Jamie Walker, and Robert Schmitt. EFS took Jennifer Freese's deposition on March 20, 2025, Cindy Jaudon's deposition on April 24, 2025, and Michael Anderson's deposition on May 23, 2025. EFS has noticed a Rule 30(b)(6) deposition of IFS and the Parties will work together to confirm witnesses and schedule dates. EFS also anticipates deposing at least two former IFS customers. EFS reserves the right to take additional depositions as discovery continues and EFS identifies more witnesses. The Parties have agreed to the depositions of and confirmed dates as follows:

| Date | Deponent |
|---|---|
| 6/3/2025 | Brett Koehn |
| 6/4/2025 | Rick Veague |
| 6/19/2025 | Jeff Kugler |
| 6/25/2025 | Jamie Walker |
| Date to be determined | Robert Schmitt |

In order to schedule the remaining two noticed depositions (Lauren Matteo Boub and Robert Schmitt) and the parties' respective noticed Rule 30(b)(6) depositions, the Parties hereby request a brief extension of the fact discovery deadline from June 30, 2025 to July 21, 2025. In addition, the Parties may reschedule one or more of the currently-scheduled depositions to this extended discovery period in order to address scheduling conflicts as appropriate. The Parties also request similar extensions to the expert discovery deadlines as follows: Rule 26(a)(2) disclosures

extended from July 30, 2025 to August 20, 2025; rebuttal expert disclosures extended from August 29, 2025 to September 19; and expert discovery completion date extended from September 29, 2025 to October 20, 2025.

| | |
|---|---|
| Dated: May 27, 2025 | Respectfully Submitted, |
| **IFS NORTH AMERICA, INC.** | **EMCOR Facilities Services, Inc.** |
| */s/ Nicole O'Toole Peterson* | */s/ Alekzandir Morton* |
| William D. Patterson (#6294533)<br>Nicole O'Toole Peterson (#6330227)<br>**SWANSON, MARTIN & BELL, LLP**<br>330 N. Wabash, Suite 3300<br>Chicago, Illinois 60611<br>Telephone: (312) 321-9100<br>wpatterson@smbtrials.com<br>npeterson@smbtrials.com<br><br>Collin J. Cox (*pro hac vice*)<br>Johanna E. Smith (*pro hac vice*)<br>Kohl V. Anderson (*pro hac vice*)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>811 Main Street, Suite 3000<br>Houston, Texas 77002<br>Telephone: (346) 718-6604<br>ccox@gibsondunn.com<br>jesmith@gibsondunn.com<br>kanderson@gibsondunn.com<br><br>*Attorneys for*<br>*IFS NORTH AMERICA, INC.* | Barry P. Kaltenbach (ARDC 6270034)<br>**MILLER, CANFIELD, PADDOCK & STONE, P.L.C.**<br>227 W. Monroe, Suite 3600<br>Chicago, IL 60606<br>Telephone: 312.460.4200<br>kaltenbach@millercanfield.com<br><br>David J. Tsai (*pro hac vice*)<br>Alekzandir Morton (*pro hac vice*)<br>John Steger (*pro hac vice*)<br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111-5998<br>Telephone: 415.983.1000<br>Facsimile: 415.983.1200<br>david.tsai@pillsburylaw.com<br>alekzandir.morton@pillsburylaw.com<br>john.steger@pillsburylaw.com<br><br>*Attorneys for*<br>*EMCOR FACILITIES SERVICES, INC.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, May 27, 2025, a true and correct copy of the foregoing **Joint Status Report** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

*/s/ Nicole O'Toole Peterson*
Nicole O'Toole Peterson