# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IFS North America, Inc., | Case No. 1:24-cv-00749 (Lead Case) |
| Plaintiff, | Hon. Charles P. Kocoras |
| v. | Magistrate Judge Jeffrey T. Gilbert |
| EMCOR Facilities Services, Inc., | |
| Defendant. | |
| EMCOR Facilities Services, Inc., | Case No. 1:24-cv-00770 |
| Plaintiff, | Honorable Charles P. Kocoras |
| v. | Magistrate Judge Jeffrey T. Gilbert |
| IFS North America, Inc., | |
| Defendant. | |

## UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE COUNSEL

Pursuant to Local Rule 83.17, Plaintiff IFS North America, Inc. ("IFS") by and through its counsel moves this Court for leave for certain of its attorneys to withdraw such that it may substitute counsel. In support of this motion, IFS states as follows: Kylie Calabrese, Collin J. Cox, Johanna E. Smith, and Kohl V. Anderson of Gibson, Dunn & Crutcher LLP (collectively, "Gibson") currently represent IFS in this matter, along with William D. Patterson, Nicole O'Toole Peterson, and Olivia E. Duggins of Swanson, Martin & Bell, LLP (collectively, "SMB").

1.  IFS desires that this Court enter an Order allowing Gibson to withdraw as counsel of record and to allow Matthew C. Rawlinson, Kelsey Machado, and Brian Bornhoft, of the law

firm Baker & McKenzie LLP (collectively, "Baker"),[1] be substituted in their place. SMB will continue in its representation of IFS.

2. IFS will not be prejudiced by this substitution of counsel as it will continue to be represented by SMB, and withdrawal of Gibson as IFS's counsel is not sought for purposes of delay.

3. EMCOR Facilities Services, Inc. has indicated that they are not opposed to this requested relief.

WHEREFORE, IFS respectfully request that this Court enter an Order approving this Unopposed Motion for Withdrawal as Counsel and Substitution of Counsel.

Dated this 29th day of August, 2025.

           Respectfully submitted,

           **GIBSON, DUNN & CRUTCHER LLP**

By:    */s/ Collin J. Cox*
           Collin J. Cox (*pro hac vice*)
           Johanna E. Smith (*pro hac vice*)
           Kohl V. Anderson (*pro hac vice*)
           811 Main Street, Suite 3000
           Houston, Texas 77002
           ccox@gibsondunn.com
           jesmith@gibsondunn.com
           kanderson@gibsondunn.com
           Telephone: (346) 718-6604

           **BAKER & MCKENZIE LLP**

By:    */s/ Matthew C. Rawlinson*
           Matthew C. Rawlinson (*pro hac vice*)
           Kelsey Machado (*pro hac vice*)
           800 Capitol Street, Suite 2100
           Houston, Texas 77002
           matthew.rawlinson@bakermckenzie.com
           kelsey.machado@bakermckenzie.com
           Telephone: (713) 427-5067

---

[1] Mr. Rawlinson and Ms. Machado have submitted an application to appear *pro hac vice*.

        Brian Bornhoft (#6343180)
        300 East Randolph Street, Suite 5000
        Chicago, Illinois 60601
        brian.bornhoft@bakermckenzie.com

        **SWANSON, MARTIN & BELL LLP**

By:    */s/ William D. Patterson*
        William D. Patterson (#6294533)
        Nicole O'Toole Peterson (#6330227)
        Olivia E. Duggins (#6349003)
        330 North Wabash, Suite 3300
        Chicago, Illinois 60611
        wpatterson@smbtrials.com
        npeterson@smbtrials.com
        Telephone: (312) 321-9100

## CERTIFICATE OF SERVICE

    I hereby certify that on August 29, 2025, I served this motion on counsel for Plaintiff/Counter-Defendant and Defendant/Counter-Plaintiff via the court's electronic filing system.

        */s/ Collin J. Cox*
        Collin J. Cox