**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IFS North America, Inc., | Case No. 1:24-cv-00749 (Lead Case) |
| Plaintiff, | Honorable Charles P. Kocoras |
| v. | Magistrate Judge Jeffrey T. Gilbert |
| EMCOR Facilities Services, Inc., | |
| Defendant. | |
| EMCOR Facilities Services, Inc., | Case No. 1:24-cv-00770 |
| Plaintiff, | Honorable Charles P. Kocoras |
| v. | Magistrate Judge Jeffrey T. Gilbert |
| IFS North America, Inc., | |
| Defendant. | |

**EMCOR FACILITIES SERVICES, INC.'S MOTION FOR LEAVE TO FILE SUR-REPLY TO IFS NORTH AMERICA, INC'S MOTION TO QUASH THIRD-PARTY SUBPOENA TO ERNST & YOUNG, LLP**

EMCOR Facilities Services, Inc. ("EFS") moves this Court as follows:

1. On January 2, 2025, IFS filed its Motion to Quash Third-Party Subpoena to Ernst & Young, LLP. ECF No. 138. EFS responded on January 16, 2026. ECF No. 144.

2. On January 26, 2026, IFS filed its Reply. EFS No. 145. In footnote 1 of its Reply, IFS argues that EFS failed to engage in a meet-and-confer to address why IFS's production of IFS's internal-revenue recognition guidelines was insufficient with respect to the proposed subpoena. ECF No. 145, PageID.1661 n. 1. IFS did not raise any alleged meet-and-confer deficiency in its Motion to Quash and raised this argument for the first time in its Reply.

3. EFS seeks leave, therefore, to file a one-page Sur-Reply (not counting caption and signature block) to address this argument. Attached to the proposed Sur-Reply will be an email exchange between counsel wherein IFS agrees that "meet and confer options have been exhausted on this issue," thereby demonstrating that IFS's new argument is without factual basis.

4. If this Motion is granted, EFS will promptly file a signed copy of the proposed Sur-Reply through the ECF system.

5. In accordance with the Court's standing orders, EFS will not notice this motion for presentment.

WHEREFORE, based on the foregoing, EFS respectfully requests that this Cour enter an order granting EFS leave to file a signed copy of the attached, proposed Sur-Reply, and provide any such further relief as may be appropriate in connection therewith.

Dated: January 27, 2026

Respectfully Submitted,

**EMCOR Facilities Services, Inc.**

 */s/ Barry P. Kaltenbach*

Barry P. Kaltenbach (ARDC 6270034)
**MILLER, CANFIELD, PADDOCK & STONE, P.L.C.**
227 W. Monroe, Suite 3600
Chicago, IL  60606
Telephone: 312.460.4200
kaltenbach@millercanfield.com

*Attorney for*
*EMCOR FACILITIES SERVICES, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, January 27, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

*/s/ Barry P. Kaltenbach*

45513419.1/161568.00003