# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

IFS North America, Inc.
                               Plaintiff,

v.                                              Case No.: 1:24−cv−00749
                                                Honorable Charles P. Kocoras

EMCOR Facilities Services, Inc.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 28, 2026:

    MINUTE entry before the Honorable Jeffrey T. Gilbert: Motion for leave to file sur−reply [146] is granted. Defendant shall file the sur−reply as a separate docket entry. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.