# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IFS North America, Inc., | Case No. 1:24-cv-00749 (Lead Case) |
| Plaintiff, | Hon. Charles P. Kocoras |
| v. | Magistrate Judge Jeffrey T. Gilbert |
| EMCOR Facilities Services, Inc., | |
| Defendant. | |
| EMCOR Facilities Services, Inc., | Case No. 1:24-cv-00770 |
| Plaintiff, | Honorable Charles P. Kocoras |
| v. | Magistrate Judge Jeffrey T. Gilbert |
| IFS North America, Inc., | |
| Defendant. | |

## JOINT STATUS REPORT

IFS North America, Inc. ("IFS") and EMCOR Facilities Services, Inc. ("EFS") (collectively, the "Parties") hereby submit this Joint Status Report in accordance with this Court's January 15, 2026 Minute Order (*see* Dkt. 143):

On February 2, 2026 the Parties reached a settlement in principle and have exchanged draft settlement agreements in an effort to formalize their agreement. Upon the execution of a settlement agreement, the Parties will notify this Court and stipulate to dismiss all claims in this consolidated matter with prejudice. The Parties propose that they file a Joint Status Report on February 24, 2026 if a stipulation for dismissal is not yet filed by that date. The Parties further respectfully request that all discovery deadlines be stayed pending formalization of the settlement agreement and dismissal of claims.

Dated: February 3, 2026

**IFS NORTH AMERICA, INC.**

 /s/ Nicole O'Toole Peterson

William D. Patterson (#6294533)
Nicole O'Toole Peterson (#6330227)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
wpatterson@smbtrials.com
npeterson@smbtrials.com

Matthew C. Rawlinson (pro hac vice)
Kelsey Machado (pro hac vice)
BAKER & MCKENZIE LLP
800 Capitol Street, Suite 2100
Houston, TX 77002
(713) 427-5067
matthew.rawlinson@bakermckenzie.com
kelsey.machado@bakermckenzie.com

Brian Bornhoft (#6343180)
BAKER & MCKENZIE LLP
300 East Randolph Street, Suite 5000
Chicago, IL 60601
brian.bornhoft@bakermckenzie.com

*Attorneys for Plaintiff*
*IFS NORTH AMERICA, INC.*

Respectfully Submitted,

**EMCOR Facilities Services, Inc.**

 /s/ Alekzandir Morton

Barry P. Kaltenbach (ARDC 6270034)
**MILLER, CANFIELD, PADDOCK & STONE, P.L.C.**
227 W. Monroe, Suite 3600
Chicago, IL 60606
Telephone: 312.460.4200
kaltenbach@millercanfield.com

David J. Tsai (admitted *pro hac vice*)
Alekzandir Morton (admitted *pro hac vice*)
John Steger (admitted *pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415.983.1000
Facsimile: 415.983.1200
david.tsai@pillsburylaw.com
alekzandir.morton@pillsburylaw.com
john.steger@pillsburylaw.com

*Attorneys for Plaintiff*
*EMCOR FACILITIES SERVICES, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, February 3, 2026, a true and correct copy of the foregoing **Joint Status Report** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

 /s/ Nicole O'Toole Peterson
Nicole O'Toole Peterson